✓ FILED
___LODGED
___RECEIVED

**October 3, 2005**

MARK L. HATCHER
CLERK U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA
_____DEPUTY

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: <br><br> KOBLAK, FRANCIS D. and KATHRYN A., <br><br> Debtors. | No. 05-43012 (Ch 7) |
| PAM LIESKE, <br><br> Plaintiff, <br><br> v. <br><br> KOBLAK, FRANCIS D. and KATHRYN A., <br><br> Defendants. | Adversary No. A05-4138 <br><br> **NOTICE OF TRIAL AND ORDER SETTING DEADLINES** |

    1.    <u>Trial Setting</u>. This case is *first* set for a one-day non-jury trial commencing at **9:00 a.m.** on **January 24, 2006**, in U.S. BANKRUPTCY COURT, 1717 Pacific Avenue, Courtroom H, Tacoma, Washington. Requests for trial continuances will be considered only by motion and hearing. The exceptional circumstances warranting the continuance must be set forth in the motion. All parties must attend the hearing and bring to the hearing their future available dates.

    2.    <u>Compliance/Sanctions</u>. **Counsel/parties are advised that failure to comply with the procedures set forth in this order, including the duty to provide the court with updated documents as necessary, may result in sanctions, including but not limited to monetary sanctions, adverse evidentiary rulings, and dismissal of the action. Trials *may* be stricken and the case dismissed *with* prejudice or relief entered without further notice, and/or evidence excluded, for failure to comply with this order.**

    3.    <u>Pretrial Procedures</u>. The deadlines and dues dates are as follows:

        a.    Completion of Discovery: <u>See</u> Scheduling Order of July 22, 2005, (no extensions except by leave of court).

NOTICE OF TRIAL AND ORDER
SETTING DEADLINES - 1

b. Dispositive motions shall be held on a regularly scheduled motion calendar by the deadlines set in the Scheduling Order of November 17, 2005, (no extensions except by leave of court).

c. Plaintiff's trial brief shall be due no later than **January 13, 2006**.

d. Defendant's trial brief shall be due no later than **January 13, 2006**.

Trial briefs shall include as exhibits proposed findings of fact and conclusions of law. All must carry top notation, and two chambers' copies of each must be provided. <u>See</u> Local Rules W.D. Wash. Bankr. 9013-1(d).

4. <u>Experts</u>. The parties *may* present the direct testimony of expert witnesses (including appraisers or others testifying to value) by declaration (or affidavit).

a. All declarations shall be under penalty of perjury and otherwise admissible under the Federal Rules of Evidence.

b. A party may offer live testimony of experts on redirect and in rebuttal.

c. Copies of the expert's report, if any, and any documentary exhibit (the admissibility of which is founded on the expert's testimony) shall be attached to the expert's declaration and shall be tabbed and identified by letter designation.

d. The expert's declaration (or affidavit) will be admissible at trial, subject to timely objection, **only if** the declarant is present and subject to cross examination, or in accordance with Fed. R. Bankr. P. 7032.

e. Each original expert declaration (or affidavit) shall be submitted as an exhibit, with copies served on all parties, and the chambers' copies delivered, no later than **January 4, 2006**.

5. <u>Pleadings</u>. Motions *in limine* and objections to exhibits shall be served and filed no later than **January 13, 2006**.

6. <u>Exhibits</u>.

a. <u>Identification</u>. A number sequence shall be used for all exhibits (including experts' declarations) of all parties, with prefixes indicating the offering party (i.e., P 1, P 2, P 3, etc.; D 1, D 2, D 3, etc.).

b. <u>Format</u>. Exhibits shall be premarked in accordance with this order. Any documentary exhibits which can reasonably be submitted on 8-1/2 by 11 inch paper shall be, with text on one side only.

c. <u>Binders</u>. **Any party submitting exhibits shall submit said exhibits in 3-ring binders. Said binders shall include an index of the exhibits and each exhibit shall be separated with an index tab marked with the identification as set forth in paragraph 6 (a) above.** The parties may contact the Courtroom Deputy for return of the binders at the conclusion of the matter.

NOTICE OF TRIAL AND ORDER
SETTING DEADLINES - 2

d.  Submissions. Parties intending to offer exhibits **shall submit *three (3) sets (original and two (2) copies)* of the exhibits, in 3-ring binders, to chambers by noon five (5) court days prior to trial**.

    7.  Settlement. **The parties shall promptly notify the Court if the matter is settled. Settlement documents *shall* be filed and approved by the Court on or before the trial date. In the event settlement approval has not been obtained, the parties must appear on the trial date and the settlement shall be set forth on the record. Failure of the parties to do so will result in the trial being stricken and the case dismissed *with* prejudice for failure to comply with this order.**

    8.  Confirmation. The plaintiff **shall** confirm that the trial is going forward not later than **noon two (2) court days prior** to the scheduled trial date, and so advise all parties.  **Failure to comply may result in the trial being stricken and the case dismissed *with* prejudice.**  Confirmations are to be made through Courtroom Deputy Pattie Adams ((253)593-6310 ext. 4041).

**ORDERED:** October 3, 2005

_____
Paul B. Snyder
U.S. Bankruptcy Judge

**Two (2) Bench copies are to be directed to:**
Hon. Paul B. Snyder
United States Bankruptcy Court
1717 Pacific Avenue, Room 2209
Tacoma, WA 98402

CERTIFICATE OF MAILING: I CERTIFY I MAILED COPIES OF THE FOREGOING TO John Connolly and Pam Lieske

DATED: October 3, 2005
BY: _____

NOTICE OF TRIAL AND ORDER
SETTING DEADLINES - 3